___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: May 8, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                         CHAPTER 13:

NANETTE RENEE LEARNED                                      CASE NO. 23-01379- JAW

### CONDITIONAL AGREED ORDER

      **THIS MATTER** came before the Court on the Debtor's Motion to Modify Chapter 13 Plan (Docket #53) and Trustee's Objection thereto (Docket #54). The Court, having fully considered the matters and finding the parties in agreement does hereby order the following:

      **IT IS THEREFORE ORDERED** the Debtor's Motion to Modify Chapter 13 Plan is hereby granted in part and the Trustee's Objection is hereby overruled in part.

      **IT IS FURTHER ORDERED** that the Debtor's Plan shall hereby be modified to decrease distribution to timely filed and allowed unsecured creditors to the amount disbursed to the timely filed and allowed unsecured creditors up to the present time.

      **IT IS FURTHER ORDERED** that the Trustee is authorized to cure and amortize any plan payment delinquency and modify the Plan and wage order accordingly.

##END OF ORDER##

| SUBMITTED BY: | AGREED BY: |
|---|---|
| /s/ Semoune Ellis | /s/Thomas C. Rollins, Jr. |
| Semoune Ellis, MSB#105303 | Thomas C. Rollins, Jr., MSB# 103469 |
| Staff Attorney for | Jennifer A. Curry Calvillo,MSB#104367 |
| Standing Chapter Thirteen Trustee | The Rollins Law Firm |
| Torri Parker Martin, MSB #103938 | P.O. Box 13767 |
| 200 North Congress Street, Suite 400 | Jackson, MS 39236 |
| Jackson, MS 39201 | Office: 601-500-5533 |
| Office: (601) 981-9100 | Email: jennifer@therollinsfirm.com |
| Email: sellis@tpmartinch13.com |        trollins@therollinsfirm.com |