**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Nanette Renee Learned, Debtor** **Case No. 23-01379-JAW**
**CHAPTER 13**

# ORDER ON MOTION TO DISMISS

On the Motion to Dismiss (Dk # 67 ) filed by the Debtor, the Court finds that the relief requested is appropriate under the facts and the law.

**IT IS THEREFORE ORDERED** that this case is hereby dismissed.

**## END OF ORDER ##**

Approved and Prepared by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533