United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 23-01379-JAW
Nanette Renee Learned Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Oct 30, 2026 Form ID: pdf012 Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nanette Renee Learned, 6985 B Hwy 11, Enterprise, MS 39330-9311 |
| 5243334 | + | Kyle Learned, 212 Lealand Dr, Vicksburg, MS 39180-6387 |
| 5243337 | + | Mutual Cdt, 1604 Cherry St, Vicksburg, MS 39180-3586 |
| 5243338 | + | Mutual Credit Union, Leslie R. Sadler, 901 Belmont Street, Vicksburg MS 39180-3829 |
| 5243340 | + | River Region, 2100 Hwy 61 N, Vicksburg, MS 39183-8211 |
| 5244372 | | Vicksburg Healthcare, LLC dba Merit Health River, Region c/o David L. Mendelson, Esq., Mendelson Law Firm, P.O. Box 17235, Memphis, TN 38187-0235 |
| 5243344 | + | Women's Hospital, 1026 N. Flowood, Flowood, MS 39232-9599 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | ^ | MEBN | Oct 30 2026 22:06:41 | David Culver Rawlings, David C. Rawlings, P.O. Box 31980, Jackson, MS 39286-1980 |
| cr | | Email/Text: bncmail@w-legal.com | Oct 30 2026 22:13:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, Seattle, WA 98101 |
| 5243329 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 30 2026 22:21:53 | Affirm, Inc., Attn: Bankruptcy, 650 California St, FL 12, San Francisco, CA 94108-2716 |
| 5243330 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2026 22:22:15 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5256254 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 30 2026 22:22:03 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5243331 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 30 2026 22:22:03 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5243332 | + | Email/Text: EBN@edfinancial.com | Oct 30 2026 22:12:00 | EdFinancial Srvs, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 5243333 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 30 2026 22:12:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5243335 | | Email/Text: Bkynotices@lendingpoint.com | Oct 30 2026 22:13:00 | LendingPoint LLC, Attn: Bankruptcy, 1201 Roberts Blvd, Suite 200, Kennesaw, GA 30144 |
| 5263185 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2026 22:21:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5253303 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 30 2026 22:22:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5243336 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 30 2026 22:21:53 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5268093 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 30 2026 22:22:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5243339 | | Email/Text: pasi_bankruptcy@chs.net | Oct 30 2026 22:12:00 | PASI, P.O. Box 68, Brentwood, TN 37024-0068 |
| 5270647 | | Email/Text: bnc-quantum@quantum3group.com | Oct 30 2026 22:13:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5243341 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2026 22:21:53 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5268766 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 30 2026 22:21:53 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5269204 | | Email/Text: bncmail@w-legal.com | Oct 30 2026 22:13:00 | TD Bank USA, N.A., C/O WEINSTEIN & RILEY, PS, 1415 Western Avenue Suite 700, Seattle WA 98101 |
| 5243343 | | Email/Text: bankruptcycourt@towerloan.com | Oct 30 2026 22:12:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5243342 | + | Email/Text: bncmail@w-legal.com | Oct 30 2026 22:13:00 | Target Nb, Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5269492 | + | Email/Text: bankruptcycourt@towerloan.com | Oct 30 2026 22:12:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5250492 | + | Email/Text: EBN@edfinancial.com | Oct 30 2026 22:12:00 | US Department of Education, Edfinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Tower Loan of Mississippi LLC d/b/a Tower Loan of |
| 5269493 | *+ | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph Todd McDaniel | on behalf of Creditor Tower Loan of Mississippi LLC d/b/a Tower Loan of Vicksburg jmcdaniel@towerloan.com |

| | |
|---|---|
| | cedouglas@towerloan.com |
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Nanette Renee Learned trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form ntcds13v (12/23)

**UNITED STATES BANKRUPTCY COURT**
Southern District of Mississippi

Case No.: 23−01379−JAW
Chapter: 13

In re:
Nanette Renee Learned
6985 B Hwy 11
Enterprise, MS 39330

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−7150

Employer Tax Identification No(s). (if any):

# Notice of Dismissal

You are hereby notified that on October 28, 2026, Nanette Renee Learned (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 67). On October 29, 2026, the court entered an *ex parte* order (Dkt. # 68) granting the Debtor's Motion.

Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 10/30/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600